# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 10, 2014

## NO. 03-14-00164-CV

**J. E. and B. K., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM 22ND DISTRICT COURT OF HAYS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD**
**AFFIRMED IN PART; REVERSED AND REMANDED IN PART –**
**OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on March 6, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in that portion of the trial court's judgment terminating the parental rights of J.E. However there was reversible error in that portion of the court's judgment terminating the parental rights of B.K. Therefore, the Court affirms the portion of the trial court's judgment terminating J.E.'s parental rights, but reverses the portion of the trial court's judgment terminating B.K.'s parental rights and remands the case to the trial court to provide B.K. with appointed counsel and for a new trial. Because J.E. and B.K. are indigent and unable to pay costs, no adjudication of costs is made.